

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01012-CR

**EX PARTE** Jose Jaime **LOPEZ**

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 99-07-06591-CR
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the order denying appellant's application for a writ of habeas corpus, signed on August 29, 2023, is AFFIRMED.

SIGNED March 26, 2025.

_____
Rebeca C. Martinez, Chief Justice